■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL LUGO, Appellant. [993 NYS2d 501]—Appeal from order,

Supreme Court, New York County (Arlene D. Goldberg, J.), entered on or about February 28, 2013, which denied defendant's CPL 440.46 motion for resentencing, unanimously dismissed as moot.

Because defendant has completed his entire sentence, this appeal is moot (*see People v Paulin*, 17 NY3d 238, 242 [2011]), and, we conclude that the exception to the mootness doctrine does not apply. In any event, defendant's arguments are unavailing. Concur—Friedman, J.P., Moskowitz, Feinman, Gische and Kapnick, JJ.